UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERIMIAH HAMMER, | No. 2:25-cv-2287 CKD P |
| Plaintiff, | |
| v. | ORDER AND |
| JASON SCHULTZ, et al., | FINDINGS AND RECOMMENDATIONS |
| Defendants. | |

Plaintiff, a state prisoner, initiated this action with a motion titled "Order to Show Cause for a Preliminary Injunction and a Temporary Restraining." (ECF No. 1.) Plaintiff did not, however, file any pleading in the form of a complaint.

By order filed on August 15, 2025, the court informed plaintiff that in order to commence an action, plaintiff must file a signed complaint as required by Rule 3 of the Federal Rules of Civil Procedure and must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a). (ECF No. 3.) Plaintiff was granted 30 days to file a signed pleading and submit an application to proceed IFP or pay the filing fee. The time granted for that purpose has expired and plaintiff has not filed a complaint, submitted an application to proceed IFP, paid the filing fee, or otherwise responded to the court's order.

1

1  A district court may impose sanctions, including involuntary dismissal of a plaintiff's case, where that plaintiff fails to comply with the court's orders, the Federal Rules of Civil Procedure, or the court's local rules. See <u>Chambers v. NASCO, Inc.</u>, 501 U.S. 32, 44 (1991); <u>Hells Canyon Preservation Council v. U.S. Forest Serv.</u>, 403 F.3d 683, 689 (9th Cir. 2005); Local Rule 183(a). Because plaintiff has not properly commenced this action and has failed to comply with the court's order filed on August 15, 2025, this case should be closed and plaintiff's application for relief dismissed without prejudice at this time.

  For the reasons set forth above, IT IS ORDERED that the Clerk shall assign a district judge to this case.

  In addition, IT IS RECOMMENDED that this action be dismissed without prejudice.

  These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 20, 2025

            /s/ Carolyn K. Delaney
            CAROLYN K. DELANEY
            UNITED STATES MAGISTRATE JUDGE

8, hamm2287.nocompl.fr